(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED by _____ D.C.
NOV 27 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

MICHAEL TODD DOWD
(Enter the full name of the plaintiff in this action)

v.

Florida, State, Department of Children and Families

West Palm Beach Florida, Police, Department
Officer: Courtney Barnes individually and official
capacity

(Above, enter the full name of the defendant(s) in this action)

cat / div 550 / 1983 / WPB
Case # _____
Judge _____ Mag WHITE
Motn Ifp YES   Fee pd $ —
Receipt # _____

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**Instructions for Filing:**

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. **All copies of the complaint must be identical to the original.**

Your complaint must be legibly handwritten or typewritten. **Please do not use pencil to complete these forms.** The plaintiff must sign and swear to the complaint. **If you need additional space to answer a question, use an additional blank page.**

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 400 North Miami Avenue, Room 8N09, Miami, Florida 33128-7788.

I. **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: MICHAEL TODD DOWD

Inmate #: 0417891   cell WA4

Address: P.O. Box 1450
Belle Glade Florida 33430

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: Florida State
is employed as Department of Children and Families
at _____

C. Additional Defendants: West Palm Beach, Florida Police Department Officer Courtney Barnes

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

_____

_____

_____

_____

II. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an additional blank page if necessary.

The State of Florida Department of Children and Familys "Central Abuse Hotline" received a call from West Palm Beach, Florida Police Officer Courtney Barnes in reporting her report to the DCF 'Hotline' report recorder Barnes reported to the report recorder that a Father has abused his disabled Adult daughter. The 'Hotline's' confidential report only refers to the Father as paramour. The discriptive word paramour in the report used by the reporter Barnes and 'Hotline' report recorder 20+ times. The alledged victim informed the DCF 'Hotline' report recorder that the accused abuser is her Father, however the DCF 'Hotline' report recorder assured in her report that the alledged victims Mother/caregiver and accused abuser are not married. Their Marriage certificate

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

proves otherwise. The 'State Action' was a tactic to facilitate a unlawful False Home Arrest. 'Falsifying a Official Record' is a felony crime that resulted in 'Deprivation of Rights' under 'Color of Law.'

### III. Relief

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

What I want the court to do for me Is Bring upon their court concerning The above Civil Rights violations claim, claimed "Justice for All"

"Award this Plaintiff Fifty Million Dollars and no cents"

### IV. Jury Demand

Do you demand a jury trial? ■ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this ~~*~~ mTD 17 mTD ~~*~~ day of November, 2017

*(Signature of Plaintiff)*

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

D. Hunley  11/17/17

Notary Public State of Florida
Honray Fairclough
My Commission GG 065424
Expires 01/24/2021

Executed on: 11-17-17

*(Signature of Plaintiff)*

MICHAEL T DOWD
Inmate # 0417891  Cell WA4
PO BOX 1450
Belle Glade Florida 33430

USMS INSPECTED      RECEIVED

 NOV 23

United States District Court of Florida
400 North Miami Ave, Room 8N09
Miami, Florida 33128-7788

33128$1805 C075

ATTENTION
THIS LETTER ORIGINATES FROM THE
PALM BEACH COUNTY JAIL AND CONTENT
IS UNCENSORED. THE SHERIFF DOES NOT
ASSUME RESPONSIBILITY FOR
ITS CONTENTS.